# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.1
### Eastern Division

Peter Pilarski

                                   Plaintiff,

v.                                                               Case No.: 1:17–cv–08659

                                                                          Honorable Rebecca R. Pallmeyer

Rent Recover of Better NOI LLC

                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 15, 2018:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Ruling held on 2/15/2018. Defendant's motion to dismiss Counts I and II of Plaintiff's complaint [14] is denied. Defendant to Answer in 21 days. Status hearing set for 4/9/2018 at 9:00 AM. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.