UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Peter Pilarski

                Plaintiff,

v.                                     Case No.: 1:17−cv−08659
                                                    Honorable Rebecca R. Pallmeyer

BetterNOI, LLC, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 8, 2018:

    MINUTE entry before the Honorable Rebecca R. Pallmeyer: Status hearing held on 8/8/2018. Defendant's motion to dismiss Plaintiff's Amended Complaint [38] is entered and continued for briefing. Reply to be filed by or on 8/15/2018; ruling set for 8/21/2018 at 9:00 AM. Plaintiff's motion for class certification [41] is entered and continued for briefing. Response to be filed by or on 8/29/2018; reply to be filed by or on 9/12/2018. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.