# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Peter Pilarski

                      Plaintiff,

v.                                           Case No.: 1:17–cv–08659
                                                       Honorable Rebecca R. Pallmeyer

BetterNOI, LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 11, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Ruling held on 1/11/2019. Plaintiff's motion for class certification [41] is granted; Plaintiff is directed promptly to submit a proposed order and proposed form of class notice. Status hearing set for 3/19/2019 at 9:00 AM. Parties are encouraged to discuss settlement. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.