# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Peter Pilarski

                                          Plaintiff,

v.                                                                         Case No.: 1:17−cv−08659
                                                                          Honorable Rebecca R. Pallmeyer

Rent Recover of Better NOI LLC, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 20, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Motion hearing held on 2/20/2019. Plaintiff's amended motion: (1) to modify the certified class definition; and (2) for leave to supplement his motion for summary judgment [75] is granted. Motion for summary judgment to be filed by or on 2/28/2019, response to be filed by or on 3/14/2019; reply to be filed by or on 3/28/2019; sur−reply to be filed by or on 4/11/2019. Ruling re−set to 5/1/2019 at 9:30 AM. Status hearing set for 3/19/2019 stricken. Motion #72 is stricken as moot. Mailed notice. (etv, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.