**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| PETER PILARSKI, individually and on behalf of similarly situated persons, | ) ) ) | Case No. 17-cv-08659 |
| | ) | Hon. Rebecca R. Pallmeyer |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| RENT RECOVER OF BETTER NOI LLC, later incorporated as RENT RECOVER, LLC, and BETTERNOI, LLC, | ) ) ) ) | |
| Defendants. | ) | |

**ORDER TO MODIFY THE SETTLEMENT AGREEMENT**

NOW COMES before the Court, the Parties Agreed Motion for the Court to enter an Order permitting the parties to modify paragraph 11 of the Agreement to permit the monies to be held in a trust a account by the Claims Administrator, to permit Defendants' counsel law firm to hold these monies in its client trust account, which is **GRANTED.**

IT IS HEREBY ORDERED:

Paragraph 11 of the Agreement shall be modified so that the Settlement Amount will be held in trust by Defendants' law firm, to be distributed to the Claims Administrator after any final approval of the settlement, for distribution in accordance with the Agreement.

DATED this 11 of June, 2019

By: _____
Hon. Rebecca R. Pallmeyer
United States District Court Judge