## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Peter Pilarski

                          Plaintiff,

v.                                         Case No.: 1:17−cv−08659
                                                   Honorable Rebecca R. Pallmeyer

Rent Recover of Better NOI LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 23, 2019:

      MINUTE entry before the Honorable Rebecca R. Pallmeyer: Fairness approval hearing held. Plaintiff's motion for an incentive award, attorney's fees and costs [101] is granted. Enter Final Order Approving Settlement. Civil case terminated. Notice mailed by judge's staff (ntf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.